```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLEN JONES,

                    Petitioner,

        - against -

Superintendent Earl Bell, *Clinton Correctional Facility*

                    Respondent.
-----------------------------------------------------------X

20-CV-1951 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Within seven (7) days of the date of this order, Respondent shall file a complete copy of all of the transcripts related to this matter (including pretrial, trial, and sentencing).

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: February 23, 2021
       New York, New York

Copies transmitted this date to all counsel of record.