

**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

April 29, 2021

Honorable Robert W. Lehrburger
United States Courthouse
500 Pearl Street
New York, NY 10007

                     Re: <u>Jones v. Bell</u>
                     20 Civ. 1951 (RWL)

Dear Judge Lehrburger:

       I write with reference to the above-captioned proceeding. When uploading the trial record to PACER on March 3, 2021, I inadvertently included petitioner's Pre-Sentence Investigation Report, prepared by the New York City Department of Probation. As Mr. Klem reminded me, that report is confidential and cannot be made public. <u>See</u> NY CPL 390.50(1). Accordingly, I submitted an emergency sealing request to the ECF Help Desk last evening, in accordance with SDNY ECF Rule 21.7(a). This morning, I received an email from the Help Desk indicating that the document had been placed under temporary seal. I now write to Your Honor, pursuant to SDNY ECF Rule 21.7(b), to formally request that docket entry 16-16 (PSR) be permanently sealed by the Court.

       For these reasons, Respondent respectfully requests an order permanently sealing docket entry 16-16 (PSR), filed on March 3, 2021.

       Thank you for your consideration of this request. I apologize for any inconvenience to the Court.

Granted. The pre-sentencing report shall remain under seal.

SO ORDERED:
4/30/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*Sheila O'Shea*
Sheila O'Shea
Assistant District Attorney
(212) 335-9325

cc:    David J. Klem, Esq.
        Center for Appellate Litigation
        120 Wall Street – 28th Floor

New York, NY 10005