USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLEN JONES,

                Petitioner,

     - against -

Superintendent Earl Bell, *Clinton Correctional Facility*

                Respondent.
-------------------------------------------------------------X

20-CV-1951 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 3, 2021, Respondent uploaded the transcripts related to this matter. (Dkt. 16.) However, pages 916 through 937 of the trial transcript are missing from Respondent's submission. (*See* Dkt. 16-30.) Accordingly, by Wednesday, September 29, 2021, Respondent shall file those pages on the docket.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2021
         New York, New York

Copies transmitted this date to all counsel of record.